UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**In the Matter of:**

                                                  Case No.: 14-55770-wsd

**Jakki Marie Lofton**                            Chapter   7
              **Debtor**                         Hon. Walter Shapero

_____ /

## ORDER REQUIRING ADDITIONAL INFORMATION IN CONNECTION WITH APPLICATION TO WAIVE INITIAL CASE FILING FEE

     Debtor having filed an Application for Waiver of the Case Filing Fee; the Court having reviewed same and desiring the Debtor to submit additional information before the Court can act on said application:

     Now therefore, Debtor shall file with the Court on or before **October 31, 2014,** the following additional information:

1. Has Debtor received the tax refund referred to on Schedule B?  If so, on what date?  And if so, exactly how much was the refund received, and give details as to what Debtor spent the money on, and what is presently left of that money?

2. If Debtor has not yet received that refund, when does Debtor expect to receive it?

     In the event said information is not timely filed the Application to Waive the Filing Fee will be denied.

**Signed on October 15, 2014**

                                                              **/s/ Walter Shapero**
                                                            **Walter Shapero**
                                                            **United States Bankruptcy Judge**